IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

NORTH LIGHT SPECIALTY INSURANCE )
COMPANY, as subrogee of Stephen )
Sauers, )
)
)
Plaintiff, )
)
v. ) CASE NO. CV417-254
)
JESUS MARTINEZ d/b/a Martinez )
Masonry )
)
Defendant. )
)

## O R D E R

Before the Court is the parties' Stipulation of Dismissal Without Prejudice. (Doc. 14.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), an action may be dismissed pursuant to "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITHOUT PREJUDICE.** Each party shall bear its own costs and attorney's fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 5th day of June 2018.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA